**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 5:11cv395-MP

REAL PROPERTY LOCATED AT
3996 MILL CREEK LANE,
MARIANNA, FLORIDA, WITH
ALL IMPROVEMENTS
AND APPURTENANCES THEREON

    Defendant.
_____/

## DECREE OF FORFEITURE

    This matter is before the court on the Motion for Forfeiture of Property, filed by the United States of America. (Doc. 6). On December 7, 2011, a Verified Complaint of Forfeiture In Rem against the defendant property, real property located at 3996 Mill Creek Lane, Marianna, Florida with all improvements and appurtenances thereon, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code § 881(a)(7).

    On December 10, 2011, Lee Parker Bussey, Jr., the owner of the defendant property, was served by certified mail the Notice and Acknowledgment of Receipt of Complaint and Notice of Complaint for Forfeiture in Rem.

    Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning December 20, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    No persons or entities having an interest in the above-referenced property have filed claims.

Accordingly, it is now ORDERED that defendant property, real property located at 3996 Mill Creek Lane, Marianna, Florida with all improvements and appurtenances thereon, more specifically described in Exhibit A, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE and ORDERED** this 9th day of March, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**